UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MYSPACE NYC REALTY LLC, D/B/A DENIZEN BSHWK,<br><br>Defendant. | ECF CASE<br><br>No.: 1:18-cv-4704 (MKB)(RML) |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated:  April 22, 2019
       New York, New York

> s/ Douglas B. Lipsky
> Douglas B. Lipsky
> LIPSKY LOWE LLP
> 630 Third Avenue, Fifth Floor
> New York, New York 10017-6705
> doug@lipskylowe.com
> Tel: 212.392.4772
> *Attorneys for Plaintiff*